IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARK ORAVETZ,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORP.,<br><br>Defendant. | CV 25-62-GF-BMM<br><br>ORDER |

On September 8, 2025, the Court screened Plaintiff Mark Oravetz's ("Oravetz") Complaint and determined the allegations failed to state a claim upon which relief may be granted. The Court granted Oravetz until October 7, 2025 to file an Amended Complaint providing the necessary factual allegations to support a plausible claim upon which relief may be granted. (Doc. 5).

Oravetz filed an Amended Complaint on September 25, 2025, (Doc. 7) alleging civil rights claims for robberies, fraud, and leg injury. Oravetz also filed "Motion to Appoint Counsel" (Doc. 8); "Motion for dooly noted by U.S. District Court of Montana Associated Police Report 25-10253 10-1-2025" (Doc. 9); and "Motion for New Judge." (Doc. 10).

1

Regarding Oravetz's motion to appoint counsel (Doc. 8), the Court finds such motion without merit. Civil litigants do not have a Sixth Amendment right to appointed counsel. *Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)). In limited circumstances, the Court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). To warrant appointment of counsel under § 1915(e)(1), there must be a showing of "exceptional circumstances," which "requires an evaluation of both the likelihood of success on the merits and the ability of the [litigant] to articulate [her] claims pro se in light of the complexity of the legal issues involved." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (internal citations omitted). The Court finds Oravetz has not demonstrated exceptional circumstances warranting appointment of counsel.

The Court further finds Oravetz's Amended Complaint fails to state a claim for relief and, therefore, will be dismissed. Oravetz has failed to allege the specific conduct in which the Defendant engaged, which if true, would confer the Court with jurisdiction and potentially support viable legal claims for civil rights violations for robbery, fraud, and leg injury.

Accordingly, it is **HEREBY ORDERED:**

Oravetz's Amended Complaint (Doc. 7) is **DISMISSED WITH PREJUDICE.**

Oravetz's "Motion to Appoint Counsel" (Doc. 8) is **DENIED.**

Oravetz's "Motion for dooly noted by U.S. District Court of Montana Associated Police Report 25-10253 10-1-2025" (Doc. 9) and "Motion for New Judge" (Doc. 10) are **DENIED AS MOOT**. The Clerk of Court is directed to close this case.

DATED this 13th day of November, 2025.

/s/ Brian Morris

Brian Morris, Chief District Judge
United States District Court