UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Mark Oravetz,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Bristol Bay Economic Development Corp,<br><br>　　　　　　Defendant. | Case No. CV-25-62-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED   Oravetz's Amended Complaint (Doc. 7) is **DISMISSED WITH PREJUDICE**.

　　Dated this 13th day of November, 2025

　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　By:　/s/ Sara A. Jacobs
　　　　　　　　　　　Deputy Clerk